IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAITLIN YOUELL,

    Plaintiff,

vs.                                                              Civ. No. 17-00512 KG/KBM

MAGELLAN HEALTH SERVICES
OF NEW MEXICO, INC. D/B/A
MAGELLAN HEALTH, MAGELLAN
HRSC, INC., MAGELLAN HEALTH, INC.,
and PATTI MACOMBER,

    Defendants.

## ORDER

This matter comes before the Court upon Plaintiff's Motion to Remand, filed on May 30, 2017. (Doc. 10). Defendant Magellan Health, Inc.'s Response was filed on June 13, 2017, and Plaintiff's Reply was filed on July 3, 2017. (Docs. 15, 17). The Court conducted a hearing on the Motion to Remand on September 21, 2017, in which Timothy L. White represented Plaintiff, and Amelia M. Willis represented Defendant. At the close of the hearing, the Court, having considered the motion, briefs, relevant law, and argument by counsel at the hearing, and being otherwise fully informed, took the motion under advisement pending further briefing.

    IT IS, THEREFORE, ORDERED that

    1. for the reasons stated on the record at the September 21, 2017, hearing, the Plaintiff's Motion to Remand (Doc. 10) is taken under advisement;

    2. Defendant Magellan Health, Inc. must file its brief on or before October 5, 2017 supporting its argument that Defendant Macomber was fraudulently joined;

    3. Plaintiff must file its response on or before October 19, 2017; and

4. Defendant may file a reply on or before October 30, 2017.

_____
UNITED STATES DISTRICT JUDGE