IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAITLIN YOUELL,

    Plaintiff,

vs.                                                            Civ. No. 17-00512 KG/KBM

MAGELLAN HEALTH SERVICES
OF NEW MEXICO, INC. D/B/A
MAGELLAN HEALTH, MAGELLAN
HRSC, INC., MAGELLAN HEALTH, INC.,
and PATTI MACOMBER,

    Defendants.

## AMENDED ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. In its Memorandum Opinion and Order (Doc. 35), filed January 9, 2018, the Court ordered Plaintiff to show cause why Defendant Macomber should not be dismissed for failure to be served by Plaintiff. Plaintiff has yet to respond to the Court's Order.

IT IS, THEREFORE, ORDERED that Plaintiff show cause why Defendant Macomber should not be dismissed for failure to be served by Friday, February 23, 2018, at 5:00 p.m.

_____
UNITED STATES DISTRICT JUDGE