IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAITLIN YOUELL,

        Plaintiff,

v.                               No. 1:17-CV-00512 KG/KBM

MAGELLAN HEALTH SERVICES
OF NEW MEXICO, INC. D/B/A
MAGELLAN HEALTH, MAGELLAN
HRSC, INC, and MAGELLAN HEALTH INC.,

        Defendants.

ORDER ON UNOPPOSED MOTION TO FILE
AMENDED RESPONSE TO MOTION TO DISMISS

      The Court, having considered Plaintiff's Unopposed Motion to File Amended Response

to Motion to Dismiss (Doc. 45) hereby grants the motion. Plaintiff is hereby given leave to file

her Amended Response to Motion to Dismiss by March 9, 2018; Defendants may file an

Amended Reply by March 16, 2018.

                                             _____
                                     UNITED STATES DISTRICT JUDGE

Submitted by:
/s/Timothy L. White
Timothy L. White
Valdez & White Law Firm, LLC
PO Box 25646
Albuquerque, NM 87125
(505) 345-0289
*Attorneys for Plaintiff*

Approved by:
Amie M. Willis
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404-870-1741

Fax: 404-870-1732
*Attorneys for Defendants*